UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ROBINSON,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, NATHANIEL GONCALO, MASON OLIVEIRA, AND PAUL OLIVEIRA,<br>    Defendants. | C.A. NO. 1:22-CV-10942-RGS |

### ORDER GRANTING LEAVE TO TAKE PLAINTIFF'S DEPOSITION IN PRISON

On reading and filing the notice of Defendants' Motion for Leave to Take Plaintiff's Deposition In Prison Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, dated September 27, 2023, the memorandum in support thereof, and the affidavit of Attorney Matthew J. Hamel, together with the pleadings in the above-entitled action, for an order granting leave of Attorney Matthew J. Hamel to take the deposition of STERLING ROBINSON, a prisoner in the Norfolk County Correctional Center, located at 200 West St., Dedham, MA 02026, and

NOW, THEREFORE, IT IS ORDERED that the warden of the Norfolk County Correctional Center, located at 200 West St., Dedham, MA 02026 be, and is directed to produce STERLING ROBINSON, prisoner, at Norfolk County Correctional Center, on October 31, 2023; November 1, 2023; and/or November 15, 2023 at 9:00 a.m.,[1] to be examined by Attorney Matthew

---

[1] The parties have conferred on agreeable dates and have provided the Court with multiple proposed deposition dates in an effort to minimize disruption of the penal institution.

J. Hamel, the attorney for the defendants in this matter, before a certified Court Report from Eppley Court Reporting in accordance with the provisions of Fed. R. Civ. P. 30.

SO ORDERED this 27th day of Sept., 2023.

*Richard G. Stearns*
Hon. Richard G. Stearns