UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Sterling Robinson**

v.                                             CIVIL ACTION NO. 22-10942-JEK

**City of New Bedford, et al**

### SETTLEMENT ORDER OF DISMISSAL

KOBICK, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days (60) days, to reopen the action if settlement is not consummated.

April 23, 2024

/s/ Haley Currie
------------------------
Deputy Clerk