UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ROBINSON,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, NATHANIEL GONCALO, AND PAUL OLIVEIRA,<br>    Defendants. | C.A. NO. 1:22-CV-10942-KEB |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sterling Robinson and Defendants the City of New Bedford, Paul Oliveira in his official and individual capacities, Nathaniel Goncalo in his official and individual capacities, and Michael Cassidy[1] in his official and individual capacities, hereby stipulate that Plaintiff's claims against Defendants are and shall be dismissed with prejudice, with each party responsible for its own costs and attorneys' fees, whether by statute or otherwise.

Respectfully submitted,

The Plaintiff

STERLING ROBINSON
By his Attorneys,

The Defendants,

CITY OF NEW BEDFORD, NATHANIEL GONCALO, MICHAEL CASSIDY, and PAUL OLIVEIRA,

---

[1] Sergeant Cassidy is deceased. See ECF Doc. No. 8. Pursuant to Fed. R. Civ. P. 25, any surviving claims against Sergeant Cassidy are dismissed as a matter of law. See Fed. R. Civ. P. 25(a)(1). The parties include Sergeant Cassidy in this stipulation in the interest of completeness and to avoid any ambiguity. Moreover, all claims against Officer Oliveira have been dismissed. See ECF Doc No. 17.

| | |
|---|---|
| **LAW OFFICE OF JAMES M. CARAMANICA** | By their attorneys, |
| | **PIERCE DAVIS & PERRITANO** LLP |
| */s/ James Michael Caramanica* | |
| James Michael Caramanica, BBO # 565882 | */s/ Matthew J. Hamel* |
| Law Office of James M. Caramanica | John J. Cloherty III, BBO #566522 |
| 8 North Main Street, Suite 403 | Matthew J. Hamel, BBO #706146 |
| Attleboro, MA 02703 | 10 Post Office Square, Suite 1100N |
| 508-222-0096 | Boston, MA 02109-4603 |
| caramanicalaw@gmail.com | (617) 350-0950 |
| | mhamel@piercedavis.com |
| | jcloherty@piercedavis.com |

Dated: May 20, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 13, 2024.

                                */s/ Matthew J. Hamel*

                                Matthew J. Hamel, Esq.